**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Matthew J Brumbaugh<br>Bobbi DeHass Brumbaugh aka Bobbi J Breon<br>Debtors | BK NO. 18-00228 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Harley-Davidson Credit Corp and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              412-430-3594