```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 18-00228-JJT
Bobbi DeHass Brumbaugh                                          Chapter 13
Matthew J Brumbaugh
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr              Page 1 of 2              Date Rcvd: Mar 26, 2018
                              Form ID: ntcnfhrg            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         +Bobbi DeHass Brumbaugh,    Matthew J Brumbaugh,    PO Box 510,    Blanchard, PA 16826-0510
5013834        #+Bank Of America,   Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
5013836         +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
5013837         +Chase Card Services,   Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
5013838         +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
5013841         +First National Bank,   Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
5020911         +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
5013844         +Mariner Finance,   8211 Town Center Dr,    Nottingham, MD 21236-5904
5013847          Pennymac Loan Services,   Attn: Bankruptcy,    Po Box 514357,    Los Angeles, CA 90051
5038153          Pennymac Loan Services, LLC,    P.O. Box 2010,   Moorpark, CA, 93020
5026491         +Unifund CCR,   10625 Techwoods Circle,    Cincinnati, OH 45242-2846
5025776          Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
5013852         +Wffnb Retail,   Po Box 94498,    Las Vegas, NV 89193-4498
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5013833         +E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2018 19:19:27      Ally Financial,
                 Attn: Bankruptcy,   Po Box 380901,    Bloomington, MN 55438-0901
5025355          E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2018 19:19:27      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
5013839         +E-mail/PDF: creditonebknotifications@resurgent.com Mar 26 2018 19:25:46      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
5013842         +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 26 2018 19:20:17      Harley Davidson Financial,
                 Attention: Bankruptcy,   Po Box 22048,    Carson City, NV 89721-2048
5034364         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2018 19:19:55      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5020903          E-mail/PDF: cbp@onemainfinancial.com Mar 26 2018 19:26:11      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5013845         +E-mail/PDF: cbp@onemainfinancial.com Mar 26 2018 19:25:54      OneMain Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
5013846         +E-mail/Text: bankruptcynotices@psecu.com Mar 26 2018 19:20:16      P S E C U,
                 Attention: Bankruptcy,   Po Box 67013,    Harrisburg, PA 17106-7013
5026326          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2018 19:26:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5013992         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2018 19:26:17
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5036439         +E-mail/Text: bankruptcynotices@psecu.com Mar 26 2018 19:20:16      PSECU,    Po Box 67013,
                 Harrisburg, PA 17106-7013
5037149          E-mail/Text: bnc-quantum@quantum3group.com Mar 26 2018 19:19:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
5013848         +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2018 19:26:15      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5013849         +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2018 19:26:14      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5013850         +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2018 19:25:41      Synchrony Bank/Howards,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
5013851         +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2018 19:26:15      Synchrony Bank/Sams,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5013835          Cap1/bstby
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5013840*        +Credit One Bank Na,   Po Box 98873,    Las Vegas, NV 89193-8873
5013843*        +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 22048,
                 Carson City, NV 89721-2048
5020913*        +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Matthew J Brumbaugh spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Bobbi DeHass Brumbaugh aka Bobbi J Breon | Chapter 13 |
| Matthew J Brumbaugh | Case No. 4:18−bk−00228−JJT |
| Debtor(s) | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **May 18, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: May 25, 2018 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2018 |