UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BOBBI DEHASS BRUMBAUGH and   :  CHAPTER 13
      MATTHEW J. BRUMBAUGH         :
         Debtor(s)                 :
                              :
      CHARLES J. DEHART, III        :
      STANDING CHAPTER 13 TRUSTEE :
         Movant                 :
                              :
        vs.                     :
                              :
      BOBBI DEHASS BRUMBAUGH and   :
      MATTHEW J. BRUMBAUGH         :
         Respondent(s)           :  CASE NO.   4-18-bk-00228

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this  22nd  day of March, 2018, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes the
following amounts:

        a.  Retirement loan (verification) – Line 41.
        b.  Plan payment calculation sum of Lines 34, 35, 36 45.
        c.  Verify Child care – Line 21.

      2  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

        a.  2017 Federal Income Tax return.
        b.  Domestic support information.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of debtor(s) plan.
b.  Dismiss or convert debtor(s) case.
c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 3rd day of April, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Sean Patrick Quinlan, Esquire
2331 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee