```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                           Case No. 18-00228-JJT
Bobbi DeHass Brumbaugh                                           Chapter 13
Matthew J Brumbaugh
          Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-4            User: LyndseyPr            Page 1 of 1            Date Rcvd: Apr 12, 2018
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db/jdb         +Bobbi DeHass Brumbaugh,    Matthew J Brumbaugh,    PO Box 510,    Blanchard, PA 16826-0510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Matthew J Brumbaugh spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew J Brumbaugh<br>Bobbi DeHass Brumbaugh aka Bobbi J Breon<br>　　　　　Debtor(s) | CHAPTER 13 |
| Harley-Davidson Credit Corp<br>　　　　　Movant<br>　　vs. | NO. 18-00228 JJT |
| Matthew J Brumbaugh<br>Bobbi DeHass Brumbaugh aka Bobbi J Breon<br>　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III<br>　　　　　Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Harley-Davidson Credit Corp, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 HARLEY-DAVIDSON FXDB STREET BOB, VIN:1HD1GXM1XHC309575 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: April 12, 2018　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John J. Thomas, Bankruptcy Judge (RPR)