UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
　　Movant

vs.

CASE NO: 4-18-00228-JJT

BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 17, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on February 20, 2018.

2. A Confirmation hearing was held and an Order was entered on May 25, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH     CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III     CASE NO: 4-18-00228-JJT
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Courthouse and Federal Building<br>Courtroom #1, 4th Floor<br>240 West Third Street<br>Williamsport, PA 17701 | Date: August 31, 2018<br><br>Time: 10:05 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: July 17, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BOBBI DEHASS BRUMBAUGH<br>AKA: BOBBI J BREON<br>MATTHEW J BRUMBAUGH | CHAPTER 13<br><br>CASE NO: 4-18-00228-JJT |
| | Debtor(s) | |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

## CERTIFICATE OF SERVICE

AND NOW, on July 17, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

SEAN PATRICK QUINLAN, ESQ
2331 MARKET STREET
CAMP HILL, PA   17011-

BOBBI DEHASS BRUMBAUGH
MATTHEW J BRUMBAUGH
PO BOX 510
BLANCHARD, PA   16826

                                        Respectfully Submitted,
                                        s/    Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA   17036
                                        Phone:  (717) 566-6097
                                        Email:   dehartstaff@pamd13trustee.com

Dated:   July 17, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BOBBI DEHASS BRUMBAUGH<br>AKA: BOBBI J BREON<br>MATTHEW J BRUMBAUGH<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>BOBBI DEHASS BRUMBAUGH<br>AKA: BOBBI J BREON<br>MATTHEW J BRUMBAUGH<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 4-18-00228-JJT |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.