```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 18-00228-JJT
Bobbi DeHass Brumbaugh                                          Chapter 13
Matthew J Brumbaugh
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-4         User: LyndseyPr            Page 1 of 1          Date Rcvd: Dec 10, 2018
                             Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
   +First Quality Enterprise,  AttN:Employee Payroll Department,  80 Cutter Hill Rd,  Great Neck, NY 11021-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:
   Brian Thomas Langford  on behalf of Creditor  PSECU PitEcf@weltman.com, PitEcf@weltman.com
   Charles J DeHart, III (Trustee)  dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
   James Warmbrodt  on behalf of Creditor  Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
   Jerome B Blank  on behalf of Creditor  PENNYMAC LOAN SERVICES, LLC pamb@fedphe.com
   Sean Patrick Quinlan  on behalf of Debtor 2 Matthew J Brumbaugh spqesq@hotmail.com, lesliebrown.paralegal@gmail.com
   Sean Patrick Quinlan  on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@hotmail.com, lesliebrown.paralegal@gmail.com
   United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                  TOTAL: 7

# U.S. BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| IN RE: Bobbi DeHass- Brumbaugh | : CHAPTER 13 |
| Matthew J. Brumbaugh | : |
| Debtor | : BANKRUPTCY NO. **4:18-00228 JJT** |
| | : JUDGE: JJT |
| _____ | :_____ |

## ORDER

AND NOW, this 10th day of December, 2018,

Upon consideration of the Debtors Motion for Wage Deduction filed by Sean P. Quinlan,

Esquire, Attorney for Debtor, it is hereby ORDERED that

TO EMPLOYER:     First Quality Enterprise
                            Attention Employee Payroll Department
                            80 Cutter Hill Rd
                            Great Neck, New York 11021

       IT IS HEREBY ORDERED that:There shall be a Chapter 13 wage-deduction. Accordingly, the employer shall immediately begin withholding from the wages, salary, commission, or other earnings or income of said debtor/employee, Bobbi DeHass-Brumbaugh, the sums as follows:

       The sum of $103.85 weekly; and shall remit all deductions to the Trustee at the time the deduction is made by the employer, until otherwise ordered by this Court.

The employer is to mail all remittances with the Debtor/ Employees name and bankruptcy case number on the front of the check to: Chapter 13 Trustee, Charles Dehart, P.O. Box 7005, Lancaster, PA 17104, Telephone: (717) 566-6097.

Dated: December 10, 2018      By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)