UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------------x
                                                              : Case No.:4:18-00228
In the Matter of                                              :
                                                              : Chapter 13
BOBBI DEHASS BRUMBAUGH                                        :
MATTHEW J. BRUMBAUGH                                          : Judge JJT
Debtors                                                       :
-------------------------------------------------------------x
```

WITHDRAWAL OF THIRD AMENDED CHAPTER 13 PLAN #57 FILED MARCH 26, 2019

TO:

**Charles J. DeHart, III (Trustee)**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**

**United States Trustee**
**Office of the US Trustee**
**228 Walnut Street, Suite 1190**
**Harrisburg, PA 17101**

  Bobbi DeHass Brumbaugh and Matthew J. Brumbaugh, Chapter 13 debtors herein, by and through their attorney, Sean Patrick Quinlan, Esquire, hereby withdraws the Third Amended Chapter 13 plan #57 which was originally filed with the court on March 26, 2019 as this was an incorrect case number and must be corrected and refiled.

Dated: May 15, 2019           /s/ Sean Patrick Quinlan, Esquire
                     SEAN PATRICK QUINLAN, Attorney for Debtor