# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BOBBI DEHASS BRUMBAUGH AKA: BOBBI J BREON   MATTHEW J BRUMBAUGH | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | CASE NO: 4-18-00228-RNO |
| Movant | |
| vs. | |
| BOBBI DEHASS BRUMBAUGH AKA: BOBBI J BREON   MATTHEW J BRUMBAUGH | |
| Respondent(s) | |

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 26, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on December 9, 2018.

2. A hearing was held and an Order was entered on January 18, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/   Agatha R. McHale, Esq.
Id:   47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA   17036
Ph.   717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BOBBI DEHASS BRUMBAUGH  
          AKA: BOBBI J BREON  
          MATTHEW J BRUMBAUGH        CHAPTER 13

               Debtor(s)

CHARLES J. DEHART, III               CASE NO: 4-18-00228-RNO  
CHAPTER 13 TRUSTEE  
               Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

     U.S. Courthouse and Federal Building      Date:   August 2, 2019  
     Courtroom #1, 4th Floor  
     240 West Third Street  
     Williamsport, PA 17701                            Time:   10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                       Charles J. DeHart, III, Trustee  
                                                       8125 Adams Drive, Suite A  
                                                       Hummelstown, PA   17036  
                                                       Phone:  (717) 566-6097  
                                                       Email:  dehartstaff@pamd13trustee.com

Dated:  June 26, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

Respondent(s)

CHAPTER 13

CASE NO: 4-18-00228-RNO

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 26, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| SEAN PATRICK QUINLAN, ESQ<br>2331 MARKET STREET<br>CAMP HILL, PA 17011- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| BOBBI DEHASS BRUMBAUGH<br>PO BOX 510<br>BLANCHARD, PA 16826 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 26, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant
BOBBI DEHASS BRUMBAUGH
AKA: BOBBI J BREON
MATTHEW J BRUMBAUGH

Respondent(s)

CHAPTER 13

CASE NO: 4-18-00228-RNO

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.