WWR# 40163356

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 18-00228 |
| BOBBI BRUMBAUGH | CHAPTER 13 |
| MATTHEW BRUMBAUGH | |
| Debtors | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brian T. Langford as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION in all matters for the duration of this bankruptcy case without prejudice. Attorney for Creditor states there are no pending adversary or contested matters.

Date: March 11, 2020

/s/ Brian Langford
Brian Langford, PA Bar No. 324884
Attorney for Movant
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-338-7102
blangford@weltman.com

WWR# 40163356

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
BOBBI DEHASS BRUMBAUGH

MATTHEW J BRUMBAUGH
          Debtor(s)

CASE NO. 18-00228

CHAPTER 13

## NOTICE OF APPEARANCE

Comes now Weltman, Weinberg and Reis Co., L.P.A. 965 Keynote Circle, Brooklyn Hts., Ohio 44131 and enters its appearance as agent for the following Creditor in the above-captioned proceedings: PENNSYLVANIA STATE EMPLOYEES CREDIT UNION.

Copies of all further communications, pleading, court notices, and other papers should be served on said Agent as Agent of Record.

Date: March 11, 2020

/s/ Scott D. Fink
Scott D. Fink
Weltman, Weinberg & Reis Co., L. P. A
Agent for Creditor
965 Keynote Circle
Brooklyn Hts., OH 44131
bronationalecf@weltman.com

WWR# 40163356

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 18-00228 |
| BOBBI BRUMBAUGH | CHAPTER 13 |
| MATTHEW BRUMBAUGH | |
| Debtors | |

## **CERTIFICATE OF SERVICE**

I, Scott D. Fink, Agent for Movant, do hereby certify that true and correct copies of the Withdrawal of Appearance/Notice of Appearance has been served on the 11th day of March, 2020, upon those listed below:

Service by First-Class Mail:

BOBBI BRUMBAUGH, Debtor
PO BOX 510
BLANCHARD, PA 16826

MATTHEW BRUMBAUGH, Debtor
PO BOX 510
BLANCHARD, PA 16826

and Service by NEF/ECF:

SEAN PATRICK QUINLAN, Debtors Attorney at
CHARLES J DEHART III, Trustee at dehartstaff@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

/s/ Scott D. Fink
Scott D. Fink
Weltman, Weinberg & Rei Co., L. P. A.
Agent for Creditor
965 Keynote Circle
Brooklyn Heights, OH 44131
bronationalecf@weltman.com