UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
Bobbi Dehass-Brumbaugh, :
Matthew J. Brumbaugh :
  Debtors :
: Case No. 4:18-00228-MJC
:
:

<u>DEBTOR'S MOTION TO TERMINATE WAGE ATTACHMENT ORDER</u>

AND NOW comes the debtors, Bobbie Dehass-Brumbaugh and Matthew J. Brumbaugh, through their attorney, Sean Quinlan, Esquire, and respectfully represents as follows:

1. The Debtor filed a Chapter 13 Petition on January 22, 2018.

2. The Debtor's Chapter 13 Plan was confirmed on September 20, 2019.

3. On December 10, 2018, this Court entered an Order to Pay Trustee attaching Debtor's wages from their employment with employer, First Quality Enterprise, to fund their Chapter 13 plan.

4. The Debtor has completed his Chapter 13 plan payments and wishes to terminate the said wage attachment order.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order terminating the attachment of Debtor's wages from (EMPLOYER).

Respectfully submitted,

Date: December 13, 2019    s/ Sean Quinlan
                           Sean Quinlan, Esq.
                           Attorney for Debtor
                           Supreme Court ID #86858
                           2331 Market Street
                           Camp Hill, PA 17011
                           (717) 202-2277

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Bobbie Dehass-Brumbaugh and | : | |
| Matthew Brumbaugh | : | Chapter 13 |
| | : | |
| Debtors | : | CASE NO. 4:18-bk-00228-MJC |
| | : | |

### ORDER

On <u>June 15, 2022</u> the above-named Debtors filed a Motion to Terminate Wage Attachment.

After due consideration of the above, it is ORDERED that:

1. <u>Bobbi Dehass Brumbaugh and Matthew Brumbaugh</u> by and through counsel's request to terminate wage attachment is hereby GRANTED.