United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00228-MJC |
| Bobbi DeHass Brumbaugh | Chapter 13 |
| Matthew J Brumbaugh | |
|    Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 22, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

**Recip ID     Recipient Name and Address**
   + First Quality Enterprise, Attention Employee Payroll Department, 80 Cutter Hill Rd, Great Neck, New York 11021-3108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com PitEcf@weltman.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@gmail.com spqesq@gmail.com,outsourcedparalegal@gmail.com |

Sean Patrick Quinlan
    on behalf of Debtor 2 Matthew J Brumbaugh spqesq@gmail.com spqesq@gmail.com,outsourcedparalegal@gmail.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bobbi DeHass Brumbaugh<br>**Debtor 1**<br>Matthew J. Brumbaugh<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:18-BK-00228-MJC<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER

**UPON CONSIDERATION** of the above-referenced Debtors' Motion for Termination of Wage Attachment Order, Dkt. # 78 ("Motion"), **IT IS HEREBY ORDERED** and **DECREED** that said Motion is **GRANTED** and the Wage Attachment entered pursuant to Order dated December 10, 2018 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 22, 2022