United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00228-MJC
Bobbi DeHass Brumbaugh  Chapter 13
Matthew J Brumbaugh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 25, 2022     Form ID: fnldecnd     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi DeHass Brumbaugh, Matthew J Brumbaugh, PO Box 510, Blanchard, PA 16826-0510 |
| 5013852 | + | Wffnb Retail, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 18:47:22 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5013833 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 25 2022 18:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5025355 | | Email/Text: ally@ebn.phinsolutions.com | Oct 25 2022 18:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5013834 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2022 18:35:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5043163 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 25 2022 18:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5013836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2022 18:47:22 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5013838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 18:47:23 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5013839 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2022 18:47:17 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5013841 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2022 18:35:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 5013842 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 25 2022 18:35:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5020911 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 25 2022 18:35:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5013837 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2022 18:47:12 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 5039898 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040046 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 18:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP CF II, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 5013844 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 25 2022 18:35:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5034364 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2022 18:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5020903 | | Email/PDF: cbp@onemainfinancial.com | Oct 25 2022 18:47:12 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5013845 | + | Email/PDF: cbp@onemainfinancial.com | Oct 25 2022 18:47:12 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 5013846 | + | Email/Text: bankruptcynotices@psecu.com | Oct 25 2022 18:35:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5067638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 18:47:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5067639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 18:47:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5026326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 18:47:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5013992 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 25 2022 18:47:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036439 | + | Email/Text: bankruptcynotices@psecu.com | Oct 25 2022 18:35:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5013847 | | Email/PDF: ebnotices@pnmac.com | Oct 25 2022 18:47:12 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 5038153 | | Email/PDF: ebnotices@pnmac.com | Oct 25 2022 18:47:12 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 5037149 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 18:35:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5013848 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 18:47:16 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013849 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 18:47:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013850 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 18:47:22 | Synchrony Bank/Howards, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013851 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2022 18:47:16 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5026491 | | Email/Text: bankruptcy@unifund.com | Oct 25 2022 18:35:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 5025776 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2022 18:47:12 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5013835 | | Cap1/bstby |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5013840 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5013843 | *+ | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |

| | | |
|---|---|---|
| 5020913 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5095904 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5096837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5039924 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com  PitEcf@weltman.com |
| Sean Patrick Quinlan | on behalf of Debtor 2 Matthew J Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Bobbi DeHass Brumbaugh,<br>aka Bobbi J Breon, | Chapter 13 |
| **Debtor 1** | Case No. 4:18−bk−00228−MJC |
| Matthew J Brumbaugh, | |
| **Debtor 2** | |

Social Security No.:
      xxx−xx−0516      xxx−xx−3477

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Bobbi DeHass Brumbaugh and Matthew J Brumbaugh** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Mark J. Conway*, United States Bankruptcy Judge

Dated: October 25, 2022

**fnldec** (01/22)