United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bobbi DeHass Brumbaugh  
Matthew J Brumbaugh  
    Debtors

Case No. 18-00228-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 15, 2023      Form ID: pdf010      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi DeHass Brumbaugh, Matthew J Brumbaugh, PO Box 510, Blanchard, PA 16826-0510 |
| 5013852 | + | Wffnb Retail, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 18:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5013833 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2023 18:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5025355 | | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2023 18:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5013834 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2023 18:38:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5043163 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 15 2023 18:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5013836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2023 18:43:05 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5013838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2023 18:53:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5013839 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2023 18:43:00 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5013841 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 15 2023 18:39:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 5013842 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 15 2023 18:39:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5020911 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 15 2023 18:39:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5013837 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2023 18:43:05 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 5039898 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2023 18:43:00 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040046 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2023 18:43:00 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP CF II, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 5013844 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 15 2023 18:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5034364 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2023 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5020903 | | Email/PDF: cbp@onemainfinancial.com | Feb 15 2023 18:43:05 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5013845 | + | Email/PDF: cbp@onemainfinancial.com | Feb 15 2023 18:43:06 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 5013846 | + | Email/Text: bankruptcynotices@psecu.com | Feb 15 2023 18:39:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5067638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 18:43:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5067639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 18:43:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5026326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2023 18:43:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5013992 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 15 2023 18:43:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036439 | + | Email/Text: bankruptcynotices@psecu.com | Feb 15 2023 18:39:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5013847 | | Email/PDF: ebnotices@pnmac.com | Feb 15 2023 18:43:14 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 5038153 | | Email/PDF: ebnotices@pnmac.com | Feb 15 2023 18:53:40 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 5037149 | | Email/Text: bnc-quantum@quantum3group.com | Feb 15 2023 18:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5013848 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 18:43:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013849 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 18:43:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013850 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 18:42:59 | Synchrony Bank/Howards, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013851 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 15 2023 18:43:12 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5026491 | | Email/Text: bankruptcy@unifund.com | Feb 15 2023 18:39:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 5025776 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 15 2023 18:42:59 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5013835 | | Cap1/bstby |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5013840 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5013843 | *+ | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |

| | | |
| --- | --- | --- |
| 5020913 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5095904 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5096837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5039924 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com  PitEcf@weltman.com |
| Sean Patrick Quinlan | on behalf of Debtor 2 Matthew J Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Bobbi DeHass Brumbaugh and | : | Case No. 4:18-bk-00228-MJC |
| Matthew J. Brumbaugh | : | |
| Debtors | : | |
| | : | |

### ORDER

Upon consideration of the Debtors' Motion to Reopen a Closed Case to File Certification Regarding Domestic Support Obligations, Dkt. # 87 ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **REOPENED**. Debtors shall file the required Certifications within seven (7) days upon filing of this Order or this case may be dismissed without further notice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 15, 2023