United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00228-MJC |
| Bobbi DeHass Brumbaugh | Chapter 13 |
| Matthew J Brumbaugh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 21, 2023 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bobbi DeHass Brumbaugh, Matthew J Brumbaugh, PO Box 510, Blanchard, PA 16826-0510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 22 2023 00:14:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5013833 | + | EDI: GMACFS.COM | Feb 22 2023 00:14:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5025355 | | EDI: GMACFS.COM | Feb 22 2023 00:14:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5013834 | + | EDI: BANKAMER.COM | Feb 22 2023 00:14:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 5043163 | + | EDI: BANKAMER2.COM | Feb 22 2023 00:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5013836 | + | EDI: CAPITALONE.COM | Feb 22 2023 00:14:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5013838 | + | EDI: CITICORP.COM | Feb 22 2023 00:14:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5013839 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2023 19:20:18 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5013841 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 21 2023 19:14:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 5013842 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 21 2023 19:14:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5020911 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 21 2023 19:14:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5013837 | | EDI: JPMORGANCHASE | Feb 22 2023 00:14:00 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 5039898 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5040046 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:18 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP CF II, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5013844 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 21 2023 19:14:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5034364 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2023 19:14:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5020903 | | EDI: AGFINANCE.COM | Feb 22 2023 00:14:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5013845 | + | EDI: AGFINANCE.COM | Feb 22 2023 00:14:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 5013846 | + | Email/Text: bankruptcynotices@psecu.com | Feb 21 2023 19:14:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5067638 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5067639 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5026326 | | EDI: PRA.COM | Feb 22 2023 00:14:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5013992 | + | EDI: RECOVERYCORP.COM | Feb 22 2023 00:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5036439 | + | Email/Text: bankruptcynotices@psecu.com | Feb 21 2023 19:14:00 | PSECU, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5013847 | | Email/PDF: ebnotices@pnmac.com | Feb 21 2023 19:20:31 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 5038153 | | Email/PDF: ebnotices@pnmac.com | Feb 21 2023 19:20:19 | Pennymac Loan Services, LLC, P.O. Box 2010, Moorpark, CA, 93020 |
| 5037149 | | EDI: Q3G.COM | Feb 22 2023 00:14:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5013848 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013849 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013850 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Howards, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5013851 | + | EDI: RMSC.COM | Feb 22 2023 00:14:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5026491 | | Email/Text: bankruptcy@unifund.com | Feb 21 2023 19:14:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 5025776 | | EDI: WFFC2 | Feb 22 2023 00:14:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5013852 | + | EDI: WFFC.COM | Feb 22 2023 00:14:00 | Wffnb Retail, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5013835 | | Cap1/bstby |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5013840 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |

| | | |
| --- | --- | --- |
| 5013843 | *+ | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5020913 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5095904 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5096837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5039924 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com |
| Scott D Fink | on behalf of Creditor PSECU bronationalecf@weltman.com  PitEcf@weltman.com |
| Sean Patrick Quinlan | on behalf of Debtor 2 Matthew J Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Sean Patrick Quinlan | on behalf of Debtor 1 Bobbi DeHass Brumbaugh spqesq@gmail.com  spqesq@gmail.com,outsourcedparalegal@gmail.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bobbi DeHass Brumbaugh | Social Security number or ITIN  xxx–xx–0516 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Matthew J Brumbaugh | Social Security number or ITIN  xxx–xx–3477 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:18-bk-00228-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bobbi DeHass Brumbaugh
aka Bobbi J Breon

Matthew J Brumbaugh

**By the court:**

2/21/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**