| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | BOBBI DeHASS BRUMBAUGH aka BOBBI J BREON |
| Debtor 2 (Spouse, if filing) | MATTHEW J. BRUMBAUGH |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case Number | 4:18-00228 RNO |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no. (**if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 2681

**Date of payment change:** 04/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any   $950.38

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $319.56      **New escrow payment:** $313.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

   **Current interest rate:** _____ %      **New interest rate:** _____ %

   **Current principal and interest payment:** _____      **New principal and interest payment:** _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** _____      **New mortgage payment:** _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                   page 1

| Debtor 1 | BOBBI DeHASS BRUMBAUGH aka BOBBI J BREON<br>MATTHEW J. BRUMBAUGH | Case Number (if known) | 4:18-00228 RNO |
|---|---|---|---|

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Jerome Blank, Esquire
Signature

Date: February 24, 2020

Print: Jerome Blank, Esq., Id. No.49736
First Name   Middle Name   Last Name

Title: Attorney

Company: Phelan Hallinan Diamond & Jones, LLP

Address: 1617 JFK Boulevard, Suite 1400

Philadelphia, PA 19103

Contact Phone: 215-563-7000

Email: jerome.blank@phelanhallinan.com

Official Form 410S1 — Notice of Mortgage Payment Change — page 2
Case 4:18-bk-00228-RNO    Doc    Filed 02/27/20    Entered 02/27/20 18:17:02    Desc
Main Document    Page 2 of 2